JAMES BONINI
CLERK

2009 JUL 10 A 11: 28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

09 CV 8426

2:9CV 542
JLG/TPK

Plaintiff- Don Hayes and Elaine Hayes,
Administrators of the Estate of
Edward C. Hayes

-vs-

Defendant- City of Columbus, et al.

To- United States District Court for
The Southern District of Ohio,
Eastern Division

From- The Court of Common Pleas of
Franklin County, Ohio