United States District Court
Southern District of Ohio
_____

Clerk of Court
James Bonini

Office Of The Clerk
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 260
Columbus, OH 42315

Phone: 614-719-3000
Facsimile:    614.719.3005

July 13, 2009

*Via Certified Mail*

Franklin County Clerk of Courts
373 South High Street
Columbus, Ohio 43215

Re: *Don M. Hayes Administrator of the Estate, et al. v. City of Columbus, et al.*
    Our Case No. 2:09-cv-0542
    Your Case No. 09-CVC-06-08426

Dear Clerk:

   Enclosed I am returning the State Court record with certified copies of the docket sheet and order remanding the case back to State Court from the U.S. District Court.  Please acknowledge your receipt of these documents by signing this letter below and returning it to this District Court.

   Should you need any further assistance, please feel free to contact me, Kristen Keppler, at 614-719-3018.

                                Sincerely,

                                *Kristen Keppler*

                                Deputy Clerk,
                                USDC/SDO

Enclosure(s)


I, _____, acknowledge receipt of the State Court record for *Don M. Hayes Administrator of the Estate, et al. v. City of Columbus, et al.,* case number: 2:09-cv-0542.


Dated: _____.